NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENETICS INSTITUTE, LLC,**
*Plaintiff-Appellant,*

v.

**NOVARTIS VACCINES AND DIAGNOSTICS, INC.,**
*Defendant-Cross Appellant.*

---

2010-1264, -1301

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0290, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Genetics Institute, LLC (Genetics) moves for clarification of the court's order granting its motion for an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for clarification is granted. The briefing schedule is stayed pursuant to Fed. Cir. R. 31(c).

FOR THE COURT

__AUG 3 1 2010__
Date

/s/ Jan Horbaly___
Jan Horbaly
Clerk

cc:  Bradford J. Badke, Esq.
     George A. Riley, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 3 1 2010**

**JAN HORBALY**
**CLERK**